```
JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendants, Margaret Foti and Bonnie J. Mizdol

By:   Carla S. Pereira
      Deputy Attorney General
      (609) 984-4898
      carla.pereira@lps.state.nj.us
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| Dennis Mazzetti, et al.<br><br>   Plaintiffs,<br><br>   v.<br><br>CHRISTOPHER JAMES CHRISTIE et al.,<br><br>   Defendants. | HON. KEVIN MCNULTY, U.S.D.J.<br><br>Civ. Action No. 14-08134 (KM-MAH)<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO L. CIV. R. 6.1(b)** |

Application is hereby made for a Clerk's Order extending time within which Defendants Margaret Foti and Bonnie J. Mizdol may answer, move or otherwise reply to Plaintiffs' Complaint and it is represented that:

1. No previous extension has been obtained on behalf of these Defendants; and

2. Upon information and belief, service of Process was effectuated on Defendants Foti and Mizdol on or about January 9, 2015.

                JOHN J. HOFFMAN
                ACTING ATTORNEY GENERAL OF NEW JERSEY

                By: /s/ Carla S. Pereira
                    Carla S. Pereira
                    Deputy Attorney General

Dated: January 29, 2015

The above application is ORDERED GRANTED and the time within which to answer, move or otherwise reply to Plaintiffs' Complaint on behalf of Defendants Foti and Mizdol, is extended to February 16, 2015.

                WILLIAM T. WALSH, CLERK

                By: _____
                    Deputy Clerk