**KENNETH ROSELLINI (6047)**
**ATTORNEY AT LAW**
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375 Fax (973) 998-8376
*Attorney for Plaintiff, Dennis Mazzetti*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAZZETTI, individually and on behalf of D.M. as the "Next Friend" of D.M. a minor, <br><br> Plaintiff, <br><br> v. <br><br> THE NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY ("DCP&P") (formerly Division of Youth & Family Services), CHRISTOPER JAMES "CHRIS" CHRISTIE, in his individual and official capacities, LISA VON PIER, in her official capacity as Director of DCP&P, ALLISON BLAKE, in her official capacity as the Commissioner of the Department of Children and Families, , in her individual capacity, BONNIE J. MIZDOL, in her individual capacity and official capacity, MARGARET FOTI, in her individual capacity and official capacity, VIRGINIA A. LONG, in her individual and official capacity, ELLEN BUCKWALTER, in her individual capacity, JOHN L. MOLINELLI, in his individual and official capacity, KIMBERLY ROBERTS, in her individual capacity, ERICA ZAPATA, in her individual capacity, and John Does 1-15, <br><br> Defendants. | CIVIL ACTION <br><br> Case No. : 2:14-CV-08134-KM-MAH <br><br> JURY TRIAL DEMANDED <br><br> **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOHN L. MOLINELLI** |

Please enter default of the Defendant JOHN L. MOLINELLI pursuant to Rule 55(a) of

the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned

action as fully appears from the record of the court and the Certification of Counsel filed simultaneously with this request.

Dated: February 23, 2015

KENNETH ROSELLINI, ESQ. (6047)
Attorney for Plaintiff