**KENNETH ROSELLINI (6047)**
**ATTORNEY AT LAW**
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375 Fax (973) 998-8376
*Attorney for Plaintiff, Dennis Mazzetti*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAZZETTI, individually and on behalf of D.M. as the "Next Friend" of D.M. a minor,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY ("DCP&P") (formerly Division of Youth & Family Services), CHRISTOPER JAMES "CHRIS" CHRISTIE, in his individual and official capacities, LISA VON PIER, in her official capacity as Director of DCP&P, ALLISON BLAKE, in her official capacity as the Commissioner of the Department of Children and Families, , in her individual capacity, BONNIE J. MIZDOL, in her individual capacity and official capacity, MARGARET FOTI, in her individual capacity and official capacity, VIRGINIA A. LONG, in her individual and official capacity, ELLEN BUCKWALTER, in her individual capacity, JOHN L. MOLINELLI, in his individual and official capacity, KIMBERLY ROBERTS, in her individual capacity, ERICA ZAPATA, in her individual capacity, and John Does 1-15,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. : 2:14-CV-08134-KM-MAH<br><br>JURY TRIAL DEMANDED<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST JOHN L. MOLINELLI** |

I, Kenneth Rosellini, Esq. do hereby certify the following in lieu of oath or affidavit:

1. Attached hereto is a true and accurate Affidavit of Service which I have executed and which has been filed proving service upon the Defendant John L. Molinelli on January 13, 2015, with acknowledgment of service signed by an agent/employee of the Bergen County Prosecutor's Office which acknowledges personal service by me personally on January 13, 2015.

2. No Notice of Appearance, Answer, Motion to Dismiss, or Request for Extension of Time to Answer the Complaint in this matter on behalf of the Defendant John L. Molinelli has been made.

3. No Request or Communication has been made to me, as Counsel for Plaintiff, or anyone else to my knowledge, requesting additional time for Defendant John L. Molinelli to answer or otherwise respond to the Complaint.

4. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, time for Defendant John L. Molinelli to answer or otherwise respond to the Complaint expired 21 days after service of the Summons and Complaint, on February 3, 2015.

5. The Defendant John L. Molinelli has therefore willfully ignored the Summons and Complaint in this matter, and is 20 days overdue in his answer or response.

6. Therefore, for failure to answer within the time set forth in the Federal Rules of Civil Procedure, and for the aforementioned reasons, Default against Defendant John L. Molinelli is hereby requested pursuant to Rule 55(a).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 23, 2015

KENNETH ROSELLINI, ESQ. (6047)
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**DENNIS MAZZETTI,**
*Plaintiff*

V.	**SUMMONS IN A CIVIL CASE**

**CHRISTOPHER JAMES &QUOT;CHRIS&QUOT; CHRISTIE, ET AL.,**
*Defendant*

CASE NUMBER: **2:14-CV-08134-KM-MAH**

TO: *(Name and address of Defendant):* JOHN L. MOLINELLI

Bergen County Prosecutor's Office

10 Main Street

Hackensack, New Jersey 07601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth Rosellini, Attorney at Law

636A Van Houten Avenue

Clifton, New Jersey 07013

(O) (973) 998-8375 (F) (973) 998-8376

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Christine Melillo**
(By) DEPUTY CLERK



ISSUED ON 2015-01-09 09:23:50, Clerk
USDC NJD

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | January 13, 2015 |
| NAME OF SERVER *(PRINT)*<br>Kenneth Rosellini | TITLE | Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Lt. Robert A. McManus

☐ Returned unexecuted: _____

☑ Other (specify): Summons and Complaint were left with Lt. Robert A. McManus at Bergen County Prosecutor's Office, 10 Main Street, Hackensack, NJ 07601, who personally acknowledged service as an employee of the Bergen County Prosecutor's Office, agent authorized to Accept Service for Prosecutor John L. Molinelli, per attached true and accurate copy of signed Acknowledgment.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 23, 2015
               Date                          *Signature of Server*

                                             Kenneth Rosellini
                                             *Address of Server*

                                             Attorney at Law

                                             636A Van Houten Avenue

                                             Clifton, New Jersey 07013

(2/23/2015)

Dennis Michael McCullough
Notary Public, New Jersey
My Commission Expires Feb. 12, 2019

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DENNIS MAZZETTI,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

CHRISTOPHER JAMES
&QUOT;CHRIS&QUOT; CHRISTIE, ET AL.,
*Defendant*

CASE NUMBER: 2:14−CV−08134−KM−MAH

TO: *(Name and address of Defendant):* JOHN L. MOLINELLI

Bergen County Prosecutor's Office

10 Main Street

Hackensack, New Jersey 07601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth Rosellini, Attorney at Law

636A Van Houten Avenue

Clifton, New Jersey 07013

(O) (973) 998-8375 (F) (973) 998-8376

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Acknowledged Receipt

Sign: [signature]

Date: 1/13/15   Print Name: LT. Robert MSManus

**WILLIAM T. WALSH**
CLERK

**Christine Melillo**
(By) DEPUTY CLERK

ISSUED ON 2015−01−09 09:23:50, Clerk
USDC NJD