

# State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 116<br>TRENTON, NJ 08625-116 | JOHN J. HOFFMAN<br>*Acting Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | JEFFREY JACOBSEN<br>*Director* |

February 23, 2015

Clerk
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:  Mazzetti v. New Jersey Division of Child Protection and Permanency, et al.
        Civil Action No.:  14-8134

Dear Clerk:

    Please be advised that on January 30, 2015 I mistakenly entered an appearance for defendants Margaret Foti and Bonnie J. Mizdol after Deputy Attorney General Kristen Collar had entered an appearance on behalf of said defendants.

    Respectfully, please accept this correspondence as confirmation of my withdrawal as counsel, as the proper attorney of record is Kristen Collar, DAG.

                      Respectfully submitted,
                      John J. Hoffman
                      ACTING ATTORNEY GENERAL OF NEW JERSEY


                      By:S/*Carla S. Pereira*_____
                      Carla S. Pereira
                      Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-4898 • FAX: (609) 633-8702
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*