```
JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Defendants, Honorable Bonnie J. Mizdol,
P.J.Fam., Honorable Margaret Foti, J.S.C., Governor Christopher
James Christie, and Prosecutor John L. Molinelli.

By:  Kristen N. Collar
     Deputy Attorney General
     (609) 292-6123
     Kristen.Collar@dol.lps.state.nj.us
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| DENNIS MAZZETTI,<br><br>    Plaintiff,<br>v.<br><br>THE NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, CHRISTOPHER JAMES CHRISTIE, LISA VON PIER, ALLISON BLAKE, BONNIE J. MIZDOL, MARGARET FOTI, VIRGINIA A. LONG, ELLEN BUCKWALTER, JOHN L. MOLINELLI, KIMBERLY ROBERTS, ERICA ZAPATA, and JOHN DOES 1-15,<br><br>    Defendants. | HON. KEVIN MCNULTY, U.S.D.J.<br><br>Civil Action No. 2:14-cv-08134-KM-MAH<br><br><u>Civil Action</u><br><br>**DEFENDANT'S NOTICE OF MOTION TO SET ASIDE DEFAULT PURSUANT TO FED. R. CIV. P. 55(C), AND FOR A THIRTY DAY EXTENSION OF TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 6(b)(1)(B)**<br><br>**(Electronically Filed)** |

```
To:  CLERK OF THE COURT

     Kenneth J. Rosellini, Esq.
     636A Van Houten Avenue
     Clifton, New Jersey 07013
     Attorney for Plaintiff
```

PLEASE TAKE NOTICE that on Monday, April 6, 2015, or at such other time as it may please the Court, the undersigned, John J. Hoffman, Acting Attorney General of New Jersey, by Kristen N. Collar, Deputy Attorney General, on behalf of Defendants, Governor Christopher James Christie and Prosecutor John L. Molinelli, shall move before the Honorable Kevin McNulty, U.S.D.J., in the United States District Court House, Newark, New Jersey, for an Order setting aside the entry of default against Defendants, Governor Christopher James Christie and Prosecutor John L. Molinelli, pursuant to Fed. R. Civ. P. 55(c), and for an Order for a thirty (30) day extension of time in which to Answer, Move, or Otherwise Respond to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b)(1)(B).  Defendants will rely on the Certification of Kristen N. Collar, Deputy Attorney General, filed simultaneously with this Notice of Motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78, unless opposition is received.

A proposed form of Order is attached hereto.

>       JOHN J. HOFFMAN
>       ACTING ATTORNEY GENERAL OF NEW JERSEY
>
>       By: /s/ *Kristen N. Collar* _____
>           Kristen N. Collar
>           Deputy Attorney General

Dated: February 27, 2015