```
JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Defendants, Honorable Bonnie J. Mizdol,
P.J.Fam., Honorable Margaret Foti, J.S.C., Governor Christopher
James Christie, and Prosecutor John L. Molinelli.

By:  Kristen N. Collar
     Deputy Attorney General
     (609) 292-6123
     Kristen.Collar@dol.lps.state.nj.us
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| DENNIS MAZZETTI, | HON. KEVIN MCNULTY, U.S.D.J. |
| Plaintiff, | Civil Action No. 2:14-cv-08134-KM-MAH |
| v. | |
| THE NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, CHRISTOPHER JAMES CHRISTIE, LISA VON PIER, ALLISON BLAKE, BONNIE J. MIZDOL, MARGARET FOTI, VIRGINIA A. LONG, ELLEN BUCKWALTER, JOHN L. MOLINELLI, KIMBERLY ROBERTS, ERICA ZAPATA, and JOHN DOES 1-15, | <u>Civil Action</u><br><br>**ORDER**<br><br>**(Electronically Filed)** |
| Defendants. | |

This matter having come before the Court pursuant to Fed. R. Civ. P. 55(c), on a motion of John J. Hoffman, Acting Attorney General of New Jersey, by Kristen N. Collar, Deputy Attorney General, appearing on behalf of the Defendants, Governor Christopher James Christie and Prosecutor John L. Molinelli, on

notice to Kenneth Rosellini, Esquire, appearing on behalf of Dennis Mazzetti, Plaintiff, and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this _____ day of _____, 2015;

**ORDERED** that the Entry of Default against Defendants Governor Christopher James Christie and Prosecutor John L. Molinelli is hereby set aside; and it is further

**ORDERED** that the time in which Defendants Governor Christopher James Christie and Prosecutor John L. Molinelli may Answer, Move, or Otherwise Respond to Plaintiff's Complaint is extended by thirty (30) days from the date of this Order.

_____
HON. KEVIN MCNULTY, U.S.D.J.