UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
**DENNIS MAZZETTI,** *individually and* :
*on behalf of D.M. as the "Next Friend" of* :
*D.M., a minor,* :
:
       **Plaintiff,**               :           Civ. No. 14-8134 (KM)
:
       **v.** :
:
**NEW JERSEY DIVISION OF** :
**CHILD PROTECTION AND**       :           ORDER
**PERMANENCY et al.,** :
:
       **Defendants.** :
_____:

      This matter having come before the Court on the motion of Defendants Governor Christopher James Christie and Prosecutor John L. Molinelli to set aside the Clerk's entry of default, see Mot. to Set Aside Default, Feb. 27, 2015, D.E. 12;

      and the Court having considered the papers, the record, and the applicable law;

      and there being no opposition to the motion;

      and it further appearing that Defendants have moved to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), see Defs.' Mot. to Dismiss, Apr. 1, 2015, D.E. 15, and that motion is fully briefed and pending before the District Court;

      and for good cause shown;

      **IT IS on this 17th day of August 2015,**

      **ORDERED** that Defendants' motion to set aside the entry of default [D.E. 12] is **GRANTED**.

                                                      *s/ Michael A. Hammer*
                                                    **UNITED STATES MAGISTRATE JUDGE**