2:14-CV-08134 (KM-MAH)

GURBIR S. GREWAL
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants Erica Zapata and Kimberly Roberts

By: Jessica A. Jannetti
    Deputy Attorney General
    609-376-2780
    Jessica.Jannetti@law.njoag.gov
    DOL# 12-03476

| | |
|---|---|
| DENNIS MAZZETTI, individually and on behalf of D.M. as the "Next Friend" of D.M. a minor,<br>    Plaintiff,<br><br>v.<br><br>THE NEW JERSEY DIVISION OF CHILD    PROTECTION AND PERMANENCY ("DCP&P") (formerly Division of Youth & Family Services), CHRISTOPER JAMES "CHRIS" CHRISTIE, in his individual and official capacities, LISA VON PIER, in her official capacity as Director of DCP&P, ALLISON BLAKE, in her official capacity as the Commissioner of the Department of Children and Families, , in her individual capacity, BONNIE J. MIZDOL, in her individual capacity and official capacity, MARGARET FOTI, in her individual capacity and official capacity, VIRGINIA A. LONG, in her individual and official capacity, ELLEN BUCKWALTER, in her individual capacity, JOHN L. MOLINELLI, in his individual and official | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>HON. KEVIN MCNULTY, U.S.D.J.<br><br>HON. MICHAEL A. HAMMER, U.S.M.J.<br><br>CIVIL ACTION NO.<br>2:14-CV-8134 (KM-MAH)<br><br>**ORDER GRANTING PERMISSION TO FILE EXHIBITS A-E UNDER SEAL** |

capacity, KIMBERLY ROBERTS, in her individual capacity, ERICA ZAPATA, in her individual capacity, and John Does 1-15,
    Defendants.

This matter having been opened to the Court on application of Gurbir S. Grewal, Attorney General of New Jersey, Jessica A. Jannetti, Deputy Attorney General, appearing on behalf of  for an Order granting DCF Defendants' motion for permission to file under seal, and the Court having considered the moving papers and for good cause shown,

L. Civ. R. 5.3(c) allows the Court to permit a party to seal, or otherwise restrict public access to, any material or judicial proceedings upon request by that party by formal motion made pursuant to L. Civ. R. 7.1 Under L. Civ. R. 5.3(c)(2), any motion to seal or otherwise restrict public access shall describe (a) the nature of the materials or proceedings at issue, (b) the legitimate private or public interests which warrant the relief sought, (c) the clearly defined and serious injury that would result if the relief sought is not granted, and (d) why a less restrictive alternative to the relief sought is not available.

1. The Court finds that the nature of the materials at issue is (1) Exhibit A, an "Order to Show Cause with Temporary Custody and to Appoint a Law Guardian," and (2 Exhibit B, a "Best Interest Evaluation" authored by Ada Liberant, Psy. D., regarding the minor child, (3) Exhibit C, "Forensic Evaluation for Best Interest/Parenting Capacity/Custody/Visitation/Parenting Time" authored by Barry A. Katz, Ph.D., regarding the minor child, (4) Exhibit D, a detailed mental health report, authored by Brett A.

Biller, Psy.D. regarding the minor child, and (5) Exhibit E, Plaintiff's "Evaluation of Attachment, Bonding and Reciprocal Connectedness between Parent-Child" authored by Kathleen Krol, Ph.D., regarding the minor child.

2. The Court finds further that the State Defendants have shown the interest that warrants such relief to be that state law requires Exhibits A, B, C, D, and E sealed.

3. Under N.J.S.A. 9:6-8.10a, "[a]ll records of child abuse reports made pursuant to section 3 of P.L.1971, c.437 (C.9:6-8.10), all information obtained by the Department of Children and Families in investigating such reports including reports received pursuant to section 20 of P.L. 1974, c.119 (C9:6-8.40), and all reports of findings forwarded to the child abuse registry pursuant to section 4 of P.L.1971, c.437 (C.9:6-8.11) shall be kept confidential and may be disclosed only under the circumstances expressly authorized under subsections b., c., d., e., f., and g. herein." Finally, the Court finds that there is no less restrictive alternative to the relief sought by Defendants.

4. State law dictates that domestic violence records and reports be kept similarly protected. See N.J.S.A. 2C:25-33.

5. These documents have been produced in discovery and they are therefore relevant to the Court's decision on the State Defendants' Motion for Summary Judgment.

The Court having considered this matter pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this ___4th___ day of ___September___, 2019.

2:14-CV-08134 (KM-MAH)

ORDERED that the motion to seal or otherwise restrict public access to Exhibit A , B, C, D, and E, which contain confidential information, shall be and hereby is GRANTED.

\_\_\_\_\_ Opposed

\_\_\_\_\_ Unopposed

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 7/4/2019