# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAZZETTI, individually and on behalf of D.M. as the "next friend" of D.M. a minor,<br><br>    Plaintiff,<br><br>v.<br><br>THE NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY ("DCP&P") (formerly Division of Youth and Family Services), et al.,<br><br>    Defendants. | Civ. No. 14-8134 (KM) (MAH)<br><br>**ORDER** |

**THIS MATTER** having come before the Court the motion of defendants Kimberly Roberts and Erica Zapata for summary judgment (DE 42, 60); and the plaintiff having submitted papers in response (DE 56, 57, 58); and the Court having considered the papers before it without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons discussed in the Opinion filed herewith, and for good cause shown:

**IT IS** this 4th day of September, 2019,

**ORDERED** that defendants' motion for summary judgment (DE 42) is **GRANTED**.

The clerk shall close the file.

Hon. Kevin McNulty
United States District Judge